# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00395-CV

### In re Austin Travis Homes, Inc.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Concluding that the district court did not err or abuse its discretion in declining to dismiss the real parties in interests' suit for want of subject-matter jurisdiction, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed: June 29, 2011